**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

United States of America, )
)
Plaintiff, )
)
vs. )
)
Samara Janelle Twinn, )
)
Defendant. )

**ORDER SCHEDULING PRETRIAL STATUS CONFERENCE**

Case No. 1:26-cr-030

---

The undersigned shall hold a pretrial status conference with counsel by telephone on November 23, 2026, at 2:30 PM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 5th day of November, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court